

| | BEIJING | NEW YORK |
| SIDLEY AUSTIN LLP | BRUSSELS | PALO ALTO |
| 787 SEVENTH AVENUE | CHICAGO | SAN FRANCISCO |
| NEW YORK, NY 10019 | DALLAS | SHANGHAI |
| (212) 839 5300 | FRANKFURT | SINGAPORE |
| (212) 839 5599 FAX | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D C. |
| | LOS ANGELES | |
| mmorrissey@sidley.com | | |
| (212) 839 5687 | FOUNDED 1866 | |

April 11, 2013

**VIA FAX TO 212-805-0426**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007



Re:    **United States v. Cotellessa-Pitz**, S5 10 CR 228 (LTS)

Dear Judge Swain:

We represent defendant Enrica Cotellessa-Pitz in the above-referenced matter, and write respectfully to request a modification of her conditions of release. Specifically, we request that the Court extend Ms. Cotellessa-Pitz's travel restrictions to include the District of New Jersey, so that she may visit close friends and take a family vacation in that District. The Government and Pretrial Services Office have indicated that they have no objection to this request.

Thank you in advance for your courtesy.

*The request is granted.*

Respectfully submitted,

SO ORDERED:

_____ 4/11/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

_____
Michael P. Morrissey

cc:    Lisa A. Baroni, AUSA (via e-mail)
       Mildred Santana, U.S. Pretrial Services (via email)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships