

| SIDLEY AUSTIN LLP | BEIJING | NEW YORK |
| 787 SEVENTH AVENUE | BRUSSELS | PALO ALTO |
| NEW YORK, NY 10019 | CHICAGO | SAN FRANCISCO |
| (212) 839 5300 | DALLAS | SHANGHAI |
| (212) 839 5599 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |
| | LOS ANGELES | |
| mmorrissey@sidley.com | | |
| (212) 839 5687 | FOUNDED 1866 | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 17 2013

September 13, 2013

**VIA FAX TO 212-805-0426**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007



MEMO ENDORSED

Re: <u>United States v. Cotellessa-Pitz</u>, S5 10 CR 228 (LTS)

Dear Judge Swain:

    We represent defendant Enrica Cotellessa-Pitz in the above-referenced matter, and write respectfully to request a modification of her conditions of release. Ms. Cotellessa-Pitz is currently under "strict supervision" – which requires her, among other things, to report in-person to Pretrial Services every two weeks – and she has abided by the conditions of her bail for over a year and a half without incident. We would like to eliminate the requirement of twice-monthly in-person reporting.

    Specifically, we request that Ms. Pitz's conditions be modified from strict supervision so that she can report as directed by Pretrial Services. We note that in June, co-defendant Eric Lipkin's bail was modified from strict supervision so that he is now to "report as directed by Pretrial Services" (Docket No. 386). We further note that in July, co-defendant David Kugel's bail was modified from an in-person reporting requirement once every two weeks to an in-person reporting requirement once a month (Docket No. 394).

    The Pretrial Services Office has indicated that they have no objection to this request, and the Government has advised the defense that it defers to the views of Pretrial Services with respect to this request.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

**SIDLEY** | SIDLEY AUSTIN LLP

The Honorable Laura Taylor Swain
September 13, 2013
Page 2

Thank you in advance for your courtesy.

Respectfully submitted,

Michael P. Morrissey

cc: Randall Jackson, AUSA (via e-mail)
    Mildred Santana, U.S. Pretrial Services (via email)

The requested
Modification is
granted.

SO ORDERED:

9/17/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE